```
          IN THE UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF NEBRASKA
```

RUDY STANKO, and on behalf of     )    8:10CV151
similarly situated people,        )
                                  )
              Plaintiff,          )
                                  )      **MEMORANDUM**
         v.                       )      **AND ORDER**
                                  )
UNITED STATES OF AMERICA,         )
                                  )
              Defendant.          )

This matter is before the Court on its own motion. Plaintiff filed a complaint in this matter on April 19, 2010 (Filing No. 1). The Court has carefully reviewed plaintiff's complaint and finds that it is the functional equivalent of a motion to vacate pursuant to 28 U.S.C. § 2255, as it challenges plaintiff's conviction and sentence in Case Number 8:05CR93.

IT IS ORDERED:

1. In accordance with General Order No. 2008-15, this matter is a petition filed pursuant to 28 U.S.C. § 2255 and is removed from the pro se docket.

2. The Clerk of the court is directed to call this case to the attention of Chief Judge Joseph Bataillon for

possible reassignment to him because it is related to Case Number 8:05CR93, in which he was the assigned judge.

DATED this 24th day of August, 2010.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court

_____
\* This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the Court has no agreements with any of these third parties or their Web sites. The Court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.