IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| RUDY STANKO, | ) | 8:10CV151 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on Plaintiff's Motion to Extend Time to Pay Appellate Filing Fee. (Filing No. 23.) On January 18, 2011, the court granted Plaintiff's Motion for Leave to Appeal in Forma Pauperis and ordered him to pay an initial partial filing fee of $9.44 by February 18, 2011, unless an enlargement of time was granted in response to a written motion. (Filing No. 20 at CM/ECF p. 3.) Here, Plaintiff seeks a two-week extension of time in which to pay the filing fee. (Filing No. 23 at CM/ECF p. 1.)

For good cause shown, IT IS THEREFORE ORDERED that:

1. Plaintiff's Motion to Extend Time to Pay Appellate Filing Fee (filing no. 23) is granted.

2. Plaintiff shall pay the initial partial filing fee of $9.44 by March 4, 2011. After payment of the initial partial filing fee, Plaintiff's institution shall collect the additional monthly payments in the manner indicated in 28 U.S.C. § 1915(b)(2), as set forth in the court's January 18, 2011, Memorandum and Order. (*See* Filing No. 20.)

3. The Clerk of the court is directed to send a copy of this order to the appropriate official at Plaintiff's institution and to the Eighth Circuit Court of Appeals.

DATED this 8th day of February, 2011.

BY THE COURT:

s/ Joseph F. Bataillon
Chief United States District Judge

---

*This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.